| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>GONZALEZ, IRMA E | 2. Court or Organization<br>U.S. District Court/California | 3. Date of Report<br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge – Active | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ◉ Annual ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>UNITED STATES COURTHOUSE<br>940 FRONT ST STE 4194<br>SAN DIEGO CA 92101-8901 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. ( eporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | California Western School of Law |
| 2. | | |

## II. AGREEMENTS. ( eporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
2005 MAY 12 A 11: 22
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Partner in law firm |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Cabrillo Federal Credit Union (Accounts) | A | Interest | J | T | | | | | |
| 2. Janus Mercury Fund (IRA) (Mutual Fund) | D | Dividend | M | T | Sell | 12/18 | M | A | |
| 3. T. Rowe Price Science & Tech. (Mutual Fund) | A | Dividend | J | T | | | | | |
| 4. Acorn Int'l. State Bank & Trust (Mutual Fund) | A | Dividend | K | T | | | | | |
| 5. Mutual Discovery Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 6. AIM Investments (Money Market) | A | Dividend | J | T | | | | | |
| 7. Fidelity Investments (Mutual Fund) | A | Dividend | L | T | | | | | |
| 8. 20th Century Ultra Investors Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 9. Baron Asset Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 10. Janus Olympus Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 11. AIM Investments (Money Market) | A | Dividend | K | T | | | | | |
| 12. Torray Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 13. Weitz Value (Mutual Fund) | A | Dividend | K | T | | | | | |
| 14. Janus Global Life Sciences (Mutual Fund) | A | Dividend | K | T | | | | | |
| 15. Qualcomm (Common Stock) | A | Dividend | J | T | | | | | |
| 16. Cisco (Common Stock) | A | Dividend | J | T | | | | | |
| 17. Pharmacopia (Common Stock) | A | Dividend | J | T | Sell | 12/23 | J | A | |
| 18. Xlera.com (Common Stock) | A | Dividend | J | T | Sell | 12/23 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
  F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000   P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000

3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Medimune (Common Stock) | A | Dividend | J | T | Sell | 12/23 | J | A | |
| 20. SBC Communications (Common Stock) | A | Dividend | J | T | | | | | |
| 21. Buffalo Small Cap (Mutual Fund) | A | Dividend | K | T | | | | | |
| 22. Wasatch Ultra Growth (Mutual Fund) | A | Dividend | K | T | | | | | |
| 23. Royce Low-Priced Stock (Mutual Fund) | A | Dividend | K | T | | | | | |
| 24. Burger Mid-Cap ( utual Fund) | B | Dividend | K | T | | | | | |
| 25. Ameritrade (Money Market) | A | Dividend | K | W | Redeem | 6/15 | K | A | |
| 26. Fidelity Low-Priced Stock (Mutual Fund) | B | Dividend | K | T | Buy | 6/15 | K | B | |
| 27. Fidelity Growth Company (Mutual Fund) | A | Dividend | K | T | Buy | 6/15 | K | B | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Val Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

### VII. INVESTMENTS and TRUSTS

Item 2.
Sold Janus Mercury and purchased Janus Mid-Cap for equal amount – no loss or gain

Item 6.
Previously incorrectly listed as mutual fund but it is a money market. Invesco is now AIM Investments

Item 11.
Invesco is now AIM Investments.

Item 25.
Redeemed and purchased Item 26 and Item 27.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | GONZALEZ, IRMA E | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Chambers of
Irma E. Gonzalez
Chief Judge

Telephone: (619) 557-7107
FAX: (619) 702-9928

August 11, 2005

RECEIVED

2005 AUG 12 A 11: 20

FINANCIAL
DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re:     Calendar Year 2004 Filing

To Whom It May Concern:

This letter represents an amendment to my 2004 report as requested in correspondence dated July 12, 2005 from Judge Mary M. Lisi, Chair.

1)     ████████ s an attorney/partner at the Law Firm of McKenna, Long and Aldridge.

2)     Due to an oversight, Column D.(1) should read "Buy" – not "Redeem."

Hopefully, this information responds in full to the inquiry.

Thank you for your suggestions and for your attention in noting these discrepancies.

Sincerely,



IRMA E. GONZALEZ
Chief Judge

IEG:brc